UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRANCIS GERARD LENNON; LEONA PERRY LENNON; AARON PERRY LENNON,

        Plaintiffs,

   v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, U.S. CITIZENSHIP AND IMMIGRATION SERVICES,

        Defendants.
                                    /

NO. CIV. S-04-2619 LKK/GGH

O R D E R

    A Status Conference was scheduled for May 23, 2005 at 3:30 p.m. in the above-captioned case.  Counsel for both parties failed to file status reports as required by the local rules and the court's order setting the status conference.  Before the court had an opportunity to issue an Order to Show Cause, however, counsel for respondents notified the court that petitioners have filed a Notice of Appeal to the U.S. Court of Appeals for the Ninth

1

1 Circuit.
2     Accordingly, all matters in the above-captioned case are
3 STAYED pending resolution of the appeal. The parties are directed
4 to notify the court of the disposition of the appeal no later than
5 ten (10) days after its issuance.
6     IT IS SO ORDERED.
7     DATED: May 26, 2005.

8                          /s/Lawrence K. Karlton
                           LAWRENCE K. KARLTON
9                          SENIOR JUDGE
                           UNITED STATES DISTRICT COURT